**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Sergio PALACIOS–CERNA, Defendant—Appellant.**

**No. 03–30049.**
**D.C. No. CR–02–00079–BLW.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 12, 2004.*

Decided Jan. 15, 2004.

Monte Stiles, United States Attorney's Office, Boise, ID, for Plaintiff–Appellee.

Leo N. Griffard, Jr., Boise, ID, for Defendant–Appellant.

Before BEEZER, HALL and SILVERMAN, Circuit Judges.

MEMORANDUM**

Sergio Palacios–Cerna, appeals his guilty-plea conviction and 70–month sen-

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

tence for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Palacios–Cerna has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Palacios–Cerna has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.